AC
2216

FILED

2018 MAY 16 PM 12:13

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. '18 MJ8757 |
|---|---|
| Plaintiff, | COMPLAINT FOR VIOLATION OF |
| v. | Title 8, U.S.C., Section 1325<br>Illegal Entry (Misdemeanor) |
| Ramon REYES-Hernandez, | |
| Defendant. | |

The undersigned complainant being duly sworn states:

On or about May 16, 2018 within the Southern District of California, defendant, Ramon REYES-Hernandez, an alien, did knowingly and willfully enter the United States at a place other than as designated by immigration officers, eluding examination and inspection by Immigration Officers, a misdemeanor; in violation of Title 8, United States Code, Section 1325.

|   |   |
|---|---|
| 1 | And the complainant states this complaint is based on the attached Statement of Facts, |
| 2 | which is incorporated herein by reference. |
| 3 |   |

ROBERT REYES
BORDER PATROL AGENT

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 16TH DAY OF MAY, 2018.

HON. PETER C. LEWIS
U.S. MAGISTRATE JUDGE

UNITED STATES OF AMERICA
v.
Ramon REYES-Hernandez

## STATEMENT OF FACTS

The complainant states this complaint is based upon the investigative report of Border Patrol Agent (BPA) U. Vidal that defendant, Ramon REYES-Hernandez (REYES), entered the United States and was arrested on May 16, 2018 near Calexico, California.

On May 16, 2018, BPA T. Thompson was performing his assigned line-watch duties approximately seven miles east of the Calexico, California West Port of Entry. This area consists mostly of agricultural fields. The All American Canal runs in east to west direction and lies approximately 50 yards north of the international boundary. Highway 98 runs in an east to west direction and lies approximately 1.3 miles north of the international boundary. Aliens frequently use this area to illegally enter the United States due to its remoteness and low presence of law enforcement. Aliens will use the agricultural drains and canals as concealment in an effort to make their way to Highway 98. Upon reaching the highway, they will often load into vehicles driven by smugglers in an effort to further their entry into the United States.

While performing his assigned duties, BPA Thompson was notified by Remote Video Surveillance System (RVSS) operators that a group of six individuals were making their way north across the All American Canal. RVSS operators continued to maitain visual surveillance of the individuals as BPA Thompson made his way to their location. At approximately 12:43 a.m., BPA Thompson encountered six individuals, including one later

identified as REYES approximately half a mile north of the international boundary. BPA Thompson identified himself as a BPA and questioned REYES as to his citizenship. BPA Thompson ascertained REYES to be a citizen of Dominican Republic without the proper documentation to remain, work, or reside in the United States legally. BPA Thompson placed REYES under arrest.

Record checks revealed REYES was ordered removed by an Immigration Judge on July 20, 2001 and was last removed from the United States to Dominican Republic through New Orleans on August 8, 2001.

There is no evidence showing REYES has applied for and sought or received permission from the United States Attorney General or the Secretary of the Department of Homeland Security to enter the United States.